1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          ) CASE NO.: 1:11-cr-00340 AWI
                                       )
11                                     ) STIPULATION AND
                    Plaintiff,         ) PROTECTIVE ORDER
12                                     )
                                       )
13         v.                          )
                                       )
14                                     )
    RAFAEL DURAN GARCIA,               )
15                                     )
                    Defendant.         )
16                                     )
                                       )
17

18
         WHEREAS, the discovery in this case contains a large amount of
19
    personal information, including but not limited to Taxpayer
20
    Identification Numbers, Social Security Numbers, dates of birth,
21
    driver's license numbers, financial numbers, and addresses
22
    ("Protected Information"); and
23
         WHEREAS, the parties desire to avoid both the necessity of large
24
    scale redactions and the unauthorized disclosure or dissemination of
25
    this information to anyone not a party to the court proceedings in
26
    this matter;
27

28

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant RAFAEL DURAN GARCIA, by and through his counsel of record Nicholas Reyes ("Defense Counsel"), and plaintiff the United States of America, by and through Assistant U.S. Attorney Kirk Sherriff, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any discovery that contains Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view unredacted discovery in the presence of his attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of discovery documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. At the conclusion of the case Defense

Counsel will return the discovery to the Government, or will certify that any physical discovery has been shredded and that any electronic discovery has been destroyed.

    5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6. Defense Counsel shall be responsible for advising the defendant, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

    7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

DATED: Nov. 4, 2011    By: /s/ Nicholas Reyes
                                   NICHOLAS REYES
                                   Attorneys for defendant
                                   RAFAEL DURAN GARCIA

DATED: Nov. 4, 2011        BENJAMIN B. WAGNER
                                   United States Attorney

                            By: /s/ Kirk E. Sherriff
                                   KIRK E. SHERRIFF
                                   Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:    November 6, 2011
                                           CHIEF UNITED STATES DISTRICT JUDGE