1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

            IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:11-cr-00340 AWI |
|---|---|
| Plaintiff, | ) STIPULATION RE STATUS<br>) CONFERENCE; ORDER |
| v. | ) Old Date: Jan. 9, 2012<br>) Old Time: 9:00 a.m. |
| RAFAEL DURAN GARCIA, | ) **New Date: Feb. 6, 2012**<br>) **New Time: 9:00 a.m.** |
| Defendant. | ) **Court:    Two**<br>)   **(Hon. Anthony W. Ishii)** |

     The parties stipulate and request that the status conference, currently set for January 9, 2012, be continued to February 6, 2012 at 9:00 a.m.  This continued status conference date is requested to allow further time for plea negotiations and defense case preparation.  Defense counsel is currently in a several-week trial out of the area.  A continuance of the status conference is required to ensure continuity of defense counsel and to provide sufficient time for plea negotiations and defense preparation.  The parties agree and stipulate that any delay resulting from this continuance

should be excluded in the interests of justice, under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i) & (iv).

IT IS SO STIPULATED.

DATED: Jan. 5, 2012           By: /s/ Nicholas Reyes
                                  (authorized on 1/5/12)
                                  NICHOLAS REYES
                                  Attorney for defendant
                                  RAFAEL DURAN GARCIA

DATED: Jan. 5, 2012               BENJAMIN B. WAGNER
                                  United States Attorney

                              By: /s/ Kirk E. Sherriff
                                  KIRK E. SHERRIFF
                                  Assistant U.S. Attorney

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the status conference in this case. It is ordered that, based on the grounds set forth in the stipulation, the status conference is continued from January 9, 2012 to February 6, 2012, at 9:00 a.m. The court finds that, based on the grounds set forth in the parties' stipulation, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:    January 5, 2012                 _____
                                          CHIEF UNITED STATES DISTRICT JUDGE