NICHOLAS F. REYES, #102114
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**RAFAEL DURAN GARCIA**

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:11-CR-340-AWI** |
| ) | |
| ) | **STIPULATION TO CONTINUE** |
| Plaintiff, ) | **SENTENCING AND ORDER** |
| ) | |
| v. ) | |
| ) | |
| RAFAEL DURAN GARCIA ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant, RAFAEL DURAN GARCIA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIRK E. SHERRIFF, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Tuesday, November13, 2012 at 10:00 a.m. be continued to Monday, December 10, 2012 at 10:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

///

///

///

///

///

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: November 8, 2012 /s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant
**RAFAEL DURAN GARCIA**

**IT IS SO STIPULATED**

Dated: November 8, 2012 /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: November 9, 2012

UNITED STATES DISTRICT JUDGE